ACCEPTED
04-15-00172-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/19/2015 12:07:12 PM
KEITH HOTTLE
CLERK

**LAW OFFICE OF JOHN M. ECONOMIDY**
**111 Soledad Street, Suite 348**
**San Antonio, Texas 78205-2230**
**E-mail:** economidy@att.net

------Date---------------
10-18-2015

Board Certified Criminal Law
--Texas Board of Legal Specialization

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/19/15 12:07:12 PM
KEITH E. HOTTLE
Clerk

TELEPHONE
(210) 299-7685

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re: TRAP 48.4 Certification
*Felix Flores v. State of Texas*, No. 04-15-00172-CR

Gentlemen:

Pursuant to Texas Rule of Appellate Procedure (TRAP) 48.4, I hereby certify that I have taken the following actions:

● Sent a copy of the opinion and judgment of this court's opinion and judgment to appellant.

● Advised appellant about TRAP 49.1 on a motion for reconsideration and its 15-day time deadline.

● Advised appellant about his right to file a *pro se* petitioner for discretionary review and its 30-day time deadline.

● Provided appellant a copy of TRAP 48-49 and 66-72.

I have sent these items to appellant via certified mail return receipt requested at this last know address of:

**Mr. Felix Flores**
**Inmate, TDCJ # 1990293**
3201 FM 929
Gatesville, Texas 76528

Copies of the green mailing receipts are enclosed.

Appellant speaks and writes in English. My communications to appellant have been in the English language.

Sincerely,

*John M. Economidy*

JOHN M. ECONOMIDY

Atch
Green certified mail receipts

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Mailed From 78205
10/13/2015
032A 0061805533

| | |
|---|---|
| Postage $ | |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $8.55 |

Sent To Felix FLORES TDCJ# 1990293
Street, Apt. No.; or PO Box No. 3201 FM 929
City, State, ZIP+4 GATESVILLE, TX 76528

PS Form 3800, June 2002          See Reverse for Instructions

7006 0810 0003 0099 2526

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Felix Flores
TDCJ # 1990293
3201 FM 929
Gatesville, TX

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 10 16 15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0003 0099 2526

PS Form 3811, July 2013          Domestic Return Receipt